**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re**

**DAVID T. MACK and**
**KIM D. MACK**             **CASE NO. 6:12-bk-15226**
                                           **CHAPTER 13**

       **DEBTORS.**
_____/

**DEBTORS' MOTION FOR EXTENSION OF TIME**
**TO FILE SUMMARY OF SCHEDULES, SCHEDULES, STATEMENT OF**
**FINANCIAL AFFAIRS, FORM 22C, AND CHAPTER 13 PLAN**

    COME NOW, Debtors, by and through his undersigned attorney, and hereby move this Court for an extension of time to file the required Summary of Schedules, Schedules, Statement of Financial Affairs, Form 22C, and Chapter 13 Plan required by F.R.Bankr.P. 1007, as follows:

    1.    On November 9, 2012, the Debtors filed a voluntary Chapter 13 petition in bankruptcy.

    2.    On November 9, 2012, the Court issued a Notice of Incomplete and/or Deficient Filing and Opportunity to Cure Deficiencies (Document No. 7) requiring the Debtors to file their Summary of Schedules, Schedules, Statement of Financial Affairs, Form 22C and Chapter 13 Plan no later than November 23, 2012.

    3.    The Debtors will need an additional fourteen (14) days in order to gather all of the information and documentation to complete the required documents.

    4.    The §341(a) meeting of creditors is scheduled for December 13, 2012 at 9:00 a.m.

    WHEREFORE, Debtors pray for an Order extending the time to file the required Summary of Schedules, Schedules, Statement of Financial Affairs, Form 22C, and Chapter 13 Plan for an additional fourteen (14) days, to December 7, 2012

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by electronic filing on this 23rd day of November, 2012 to Laurie K Weatherford ecfdailysummary@c13orl.com, and ecfdailysummarybackup@c13orl.com

                                           /s/ Brian M. Mark
                                           Brian M. Mark, Esquire
                                           Florida Bar No. 134207
                                           BRIAN MICHAEL MARK, P.A.
                                           100 Church Street
                                           Kissimmee, FL 34741
                                           Telephone: (407) 932-3933
                                           Telecopier: (407) 932-3965

                                           ATTORNEY FOR DEBTOR